No. 44726.—Petition 5932–R of T. H. Gonzalez (Eagle Pass, Tex.).

Opinion by CLINE, J. There was no appearance on the part of the petitioner. As the petition was not timely it was dismissed.

No. 44727.—Petitions 5838–R, etc., of Juan L. Fitzmaurice (New Orleans).

Opinion by CLINE, J. From the evidence it was found that there was no intention to defraud the revenue or to deceive the appraiser as to the value of the goods. The petitions were therefore granted.